UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  Case No. 1:26–mj–00271–PJG

     v.                            Hon. Phillip J. Green

CHARLS PETER NIPHONG ,

        Defendant.

_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Preliminary Revocation Hearing<br>Detention Hearing |
| Date/Time: | June 29, 2026   12:00 PM |
| Magistrate Judge: | Phillip J. Green |
| Place/Location: | 499 Federal Building, Grand Rapids, MI |

PHILLIP J. GREEN
U.S. Magistrate Judge

Dated:  June 26, 2026     By:   _/s/ Angie L. Doezema_____
                                 Courtroom Deputy