**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v.    Charls Peter Niphong | Mag. Judge:  Phillip J. Green |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:26-mj-00271-PJG-1 | 6/29/2026 | 12:20 - 12:35 PM | Grand Rapids | |

**APPEARANCES:**

| Government:  Julia Rugg | Defendant:  Pedro Celis and Josiah Lambert | Counsel Designation:  FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Out-of-District Warrant | Read __ <br> Reading Waived __ |

### TYPE OF HEARING

__ First Appearance
__ Arraignment:
__ mute    __ nolo contendre
__ not guilty    __ guilty
__ Initial Pretrial Conference
✓ Detention    (waived __)
✓ Preliminary    (waived ✓)
✓ Rule 5 Proceeding
__ Revocation/SRV/PV
__ Bond Violation
__ Change of Plea
__ Sentencing
__ Other: _____

### DOCUMENTS

__ Defendant's Rights
__ Waiver of _____
__ Consent to Mag. Judge for _____
__ Other: _____
_____
_____

Court to Issue:
__ Report & Recommendation
✓ Order of Detention
__ Order to file IPTC Statements
__ Bindover Order
__ Order Appointing Counsel
✓ Other: _____
Commitment _____

### CHANGE OF PLEA

Guilty Plea to Count(s) _____
of the _____
Count(s) to be dismissed at sentencing:
_____
Presentence Report:
__ Ordered    __ Waived
__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION

__ Case appears appropriate for expedited resolution

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| Government moves to dismiss two counts of the petition; granted from the bench. | Imprisonment: _____ <br> Probation: _____ <br> Supervised Release: _____ <br> Fine: $ _____ <br> Restitution: $ _____ <br> Special Assessment: $ _____ <br> Plea Agreement Accepted:    __ Yes __ No <br> Defendant informed of right to appeal:    __ Yes __ No <br> Counsel informed of obligation to file appeal: __ Yes __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ _____ |
| **CASE TO BE:**    Set for hearing in charging  district | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:**    Digitally Recorded | **Courtroom Deputy:**    A. Doezema |